**MORRISON COHEN LLP**
Y. David Scharf
Christopher Milito (pro hac vice forthcoming)
Collin A. Rose (pro hac vice forthcoming)
909 Third Avenue
New York, New York 10022
212-735-8600

*Attorneys for Defendants Acier Holdings LLC,*
*Knight Construction, LLC, Dov Zabrowsky, Moshe*
*Glatzer and Jacob Glatzer*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CMT DEVELOPERS LLC, and DAVID KRAMER, <br><br> Plaintiffs, <br><br> -against- <br><br> ACIER HOLDINGS, LLC, KNIGHT CONSTRUCTION, LLC, DOV ZABROWSKY, MOSHE GLATZER, and JACOB GLATZER, <br><br> Defendants. | Case No.: 3:21-cv-12517 <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendants Acier Holdings, LLC ("Acier") and Knight Construction, LLC ("Knight"), hereby represents that Acier and Knight are privately held companies, and that no publicly held corporation owns 10% or more of either Acier or Knight's stock or membership interests.

Dated: October 6, 2021
       New York, New York

                                        **MORRISON COHEN LLP**

                                        /s/ Y. David Scharf
                                        Y. David Scharf
                                        Christopher Milito (pro hac vice forthcoming)
                                        Collin A. Rose (pro hac vice forthcoming)
                                        909 Third Avenue
                                        New York, New York 10022
                                        212-735-8600