UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------------X
CMT DEVELOPERS LLC, AND DAVID KRAMER,

              *Plaintiffs/Counterclaim-Defendants,*

     -against-

ACIER HOLDINGS LLC, KNIGHT CONSTRUCTION, LLC, DOV ZABROWSKY, MOSHE GLATZER, AND JACOB GLATZER,

              *Defendants/Counterclaimants.*
------------------------------------------------------------------------X

Case No.: 3:21-cv-12517

Hon. Zahid N. Quraishi

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that, upon the Declaration of David Kramer, dated October 27, 2021, the exhibits thereto, and accompanying Memorandum of Law, the Plaintiffs will move this Court, before the Honorable Zahid N. Quraishi, United States District Judge, at a time to be determined by the Court, at the United States District Court for the District of New Jersey, 402 East State Street, Trenton, NJ 08608, for an Order: dismissing the Defendants/Counterclaimants' First Counterclaim in its entirety, and with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6); awarding Defendants their reasonable attorneys' fees and costs in connection with defending this action; and granting such other relief as the Court may deem just and proper.

Dated:   October 27, 2021
            New York, New York

                                                                 Respectfully submitted,

                                               By:  _____
                                                      Aaron J. Solomon, Esq.
                                                      OVED & OVED LLP
                                                      *Attorneys for Plaintiffs*
                                                      401 Greenwich Street
                                                      New York, NY 10013
                                                      Tel.: 212.226.2376