**MORRISON COHEN LLP**
Y. David Scharf
909 Third Avenue
New York, New York 10022
212-735-8600

*Attorneys for Defendants Acier Holdings LLC,*
*Knight Construction, LLC, Dov Zabrowsky, Moshe*
*Glatzer and Jacob Glatzer*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CMT DEVELOPERS LLC, and DAVID KRAMER , <br><br> Plaintiffs, <br><br> -against- <br><br> ACIER HOLDINGS, LLC, KNIGHT CONSTRUCTION, LLC, DOV ZABROWSKY, MOSHE GLATZER, and JACOB GLATZER, <br><br> Defendants. | Case No.: 3:21-cv-12517 <br><br><br> **NOTICE OF** <br> **LIS PENDENS** |

**TO THE CLERK OF UNION COUNTY:**

PLEASE TAKE NOTICE of the commencement and pendency of a suit in the United States District Court for the District of New Jersey, captioned as above. The land and premises affected by the lawsuit are all that certain tract or parcel of land and premises, situate, lying and being in the City of Elizabeth, County of Union, State of New Jersey, known and designated as **Block 7, Lot 312** on the tax map of the City of Elizabeth, more commonly known as **901-931 E. Jersey Street, Elizabeth, New Jersey 07201**. A full description of the land and premises affected by the lawsuit is attached hereto as Exhibit A. The suit includes a counterclaim brought by the Defendants that seeks to impose a constructive trust upon the land and premises described above.

The Answer and Counterclaims containing the claim in the above-entitled action was filed in the

Office of the Clerk of the United States District Court for the District of New Jersey on October

6, 2021.


Dated: New York, New York
       November 12, 2021

                                          **MORRISON COHEN LLP**



                                          By:_____
                                              Y. David Scharf
                                              909 Third Avenue
                                              New York, New York 10022
                                              212-735-8600

                                          *Attorneys for Defendants Acier Holdings LLC,*
                                          *Knight Construction, LLC, Dov Zabrowsky, Moshe*
                                          *Glatzer and Jacob Glatzer*

# EXHIBIT A

All that certain lot, tract or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Elizabeth City, County of Union, State of New Jersey being more particularly described as follows:

BEGINNING at a corner formed by the intersection of the Northerly sideline of East Jersey Street (70 feet ROW) and the easterly sideline of Reid Street (60 feet ROW); thence

(1) South 67 degrees 04 minutes 48 seconds East, along the said northerly sideline of East Jersey Street, 398.70 feet to a point of intersection with the westerly sideline of Jacques Street; thence

(2) North 22 degrees 55 minutes 12 seconds East, 590.80 feet along the said westerly sideline of Jacques Street (50 feet ROW) to a point in the Southerly sideline of Lafayette Street (60 feet ROW); thence

(3) North 67 degrees 04 minutes 48 seconds West, along the southerly sideline of Lafayette Street, 398.70 feet to the easterly line of Reid Street; thence

(4) Along the same, South 22 degrees 55 minutes 12 seconds West, 590.80 feet to the point and place of BEGINNING.

FOR INFORMATION ONLY:
County: Union, Municipality: Elizabeth City
Tax Block: 7, Tax Lot: 312
Address: 901-931 East Jersey Street, Elizabeth, NJ 07201.

The above Tax Lot and Block designation and the street address designation is for informational purposes only and is not to be construed as part of the legal description.

G 11-18-202
C01         MC#01    000003
                     CI  1
S PENDENS         $75.00
TL                $75.00
CASH             $100.00
CQ                $25.00

## Joanne Rajoppi,
## Union County Clerk
Union County, New Jersey
Recording Data Cover Page
Pursuant to N.J.S.A. 46:26A-5

Received & Recorded   Lis Pendens 7
Union County, NJ      Inst#    117
11-16-2021 10.28               Pge 4
Joanne Rajoppi        Consider,      00
County Clerk          RT Fee         00
Operator
DEVOTEE

| DATE OF DOCUMENT | TYPE OF DOCUMENT |
|---|---|
| 1/12/2021 | Lis Pendens |

| FIRST PARTY NAME | SECOND PARTY NAME |
|---|---|
| Acier Holdings, LLC, Knight Construction LLC, Dov Zabrowsky, Moshe Glatzer, and Jacob Glatzer, | CMT Developers LLC and David Kramer |

| ADDITIONAL FIRST PARTIES | ADDITIONAL SECOND PARTIES |
|---|---|
| | |

### THE FOLLOWING SECTION IS REQUIRED FOR DEEDS ONLY

| BLOCK | LOT |
|---|---|
| | |

| MUNICIPALITY | CONSIDERATION |
|---|---|
| | |

| MAILING ADDRESS OF GRANTEE | |
|---|---|
| | |

### THE FOLLOWING SECTION IS FOR ORIGINAL MORTGAGE BOOKING & PAGING INFORMATION FOR ASSIGNMENTS, RELEASES, DISCHARGES & OTHER ORIGINAL MORTGAGE AGREEMENTS ONLY

| ORIGINAL BOOK | ORIGINAL PAGE |
|---|---|
| | |

### UNION COUNTY, NEW JERSEY RECORDING DATA PAGE
This cover page is for use in Union County, New Jersey only.
Please do not detach this page from the original document as it
contains important recording information and is part of the
permanent record. Forms available at clerk.ucnj.org