**OVED & OVED** LLP
ATTORNEYS

November 23, 2021

**VIA ECF**

The Honorable Zahid N. Quraishi
United States District Judge
District of New Jersey
402 East State Street
Trenton, NJ 08608

        Re:    *CMT Developer LLC, et al. v. ACIER Holdings LLC, et al.*
              D.N.J. Docket No: 3:21-cv-12517

Dear Judge Quraishi:

    This law firm represents Plaintiffs CMT Developer LLC ("CMT LLC") and David Kramer ("Kramer") (collectively, "Plaintiffs") in connection with the above-referenced matter and writes, pursuant to Civ. Rule 7.1, and with consent of opposing counsel, to respectfully request that the return date for Plaintiffs' motion to dismiss Defendants' counterclaim (the "Motion") be adjourned from December 6, 2021, to December 20, 2021, and Plaintiffs' time to file their reply papers be adjourned from November 29, 2021 to December 13, 2021.

    The reason for the requested adjournment is that, on Sunday November 21, 2021, the second-floor bathroom in my home overflowed and flooded down into the kitchen below it. As a result, I have been, and will continue to be, working non-stop with water and sewerage mitigation companies, contractors, insurance, and architects to evacuate the water, dry the affected areas, and then remediate and reconstruct both the bathroom and the kitchen.

    As a result, in order to dedicate the time attendant to these tasks, as well as adequately prepare Plaintiffs' reply papers, we respectfully request that the return date for Plaintiffs' Motion be adjourned from December 6, 2021, to December 20, 2021, and Plaintiffs' time to file its reply papers be adjourned from November 29, 2021 to December 13, 2021.

    This is the first requested adjournment of the Motion and it is on consent of opposing counsel pursuant to the attached stipulation.

    We thank the Court for its time and attention to this matter.

                    Respectfully submitted,

                    Aaron J. Solomon

THE OVED BUILDING
401 GREENWICH STREET
NEW YORK, NY 10013

T 212 226 2376
F 212 226 7555
OVEDLAW.COM