IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CMT DEVELOPERS LLC and DAVID KRAMER,<br><br>Plaintiffs,<br><br>-against-<br><br>ACIER HOLDINGS LLC, KNIGHT CONSTRUCTION LLC, DOV ZABROWSKY, MOSHE GLATZER, and JACOB GLATZER,<br><br>Defendants. | Case No.: 3:21-cv-12517<br><br>**STIPULATION ADJOURNING DEADLINE TO RESPOND TO COUNTERCLAIM** |

**IT IS STIPULATED AND AGREED BY AND BETWEEN THE UNDERSIGNED COUNSEL THAT:**

1. The deadline for Plaintiffs to reply in further support of their motion to dismiss is hereby extended to December 13, 2021;

2. The return date for the Motion is adjourned from December 6, 2021, to December 20, 2021.

3. This stipulation may be executed in counterparts and electronic signatures shall be deemed the same as originals.

Dated: November 23, 2021

| **MORRISON COHEN LLP** | **OVED & OVED LLP.** |
|---|---|
| /s/ Christopher Milito<br>Y. David Scharf (ID: 042331991)<br>909 Third Avenue<br>New York, New York 10022<br>*Attorneys for Defendants Acier Holdings LLC, Knight Construction LLC, Dov Zabrowsky, Moshe Glatzer, and Jacob Glatzer* | /s/ Aaron J. Solomon<br>Terrence A. Oved, Esq.<br>Aaron J. Solomon, Esq.<br>401 Greenwich Street<br>New York, New York 10013<br>*Attorneys for Plaintiffs CMT Developers LLC and David Kramer* |

2

SO ORDERED.

_____
Zahid N. Quraishi, U.S.D.J.

Date: 11/23/2021