# OVED & OVED LLP
## ATTORNEYS

December 9, 2021

**VIA ECF**

The Honorable Zahid N. Quraishi
United States District Judge
District of New Jersey
402 East State Street
Trenton, NJ 08608

      Re: *CMT Developer LLC, et al. v. ACIER Holdings LLC, et al.*
         D.N.J. Docket No: 3:21-cv-12517

Dear Judge Quraishi:

  This law firm represents Plaintiffs CMT Developer LLC and David Kramer (collectively, "Plaintiffs") in connection with the above-referenced matter and writes, pursuant to Civ. Rule 7.1, to respectfully request an adjournment of the briefing schedule for the Court's order to show cause dated December 7, 2021, as follows:

- Plaintiffs shall file their submission on or before January 7, 2022 (originally December 14, 2021);

- Defendants shall file their response on or before January 21, 2022 (originally December 21, 2021).

  Defendants consent to this request. The reason for this request is that I am lead counsel for a trial in a separate action that is expected to proceed through at least Christmas, and which begins on December 13, 2021, the date that Plaintiffs' reply in further support of their motion to dismiss Defendants' counterclaims is due. Given the foregoing and the holiday schedule, the parties require the additional time in order to adequately prepare their submissions. Accordingly, we respectfully request that the Court grant the requested extension to the briefing schedule. This is the first requested adjournment of the order to show cause.

  We thank the Court for its time and attention to this matter.

      Respectfully submitted,

      Aaron J. Solomon

So Ordered this 14th day of December, 2021

Hon. Zahid N. Quraishi
United States District Judge

THE OVED BUILDING
401 GREENWICH STREET
NEW YORK, NY 10013

T 212 226 2376
F 212 226 7555
OVEDLAW.COM