# EXHIBIT 13

**From:** David kramer <david@hilltopm.com>
**Sent:** Wednesday, August 14, 2019 11:15 AM
**To:** Dov Zabrowsky <dov@acierholdings.com>; Jake Glatzer <jake@acierholdings.com>; Moshe Glatzer <moshe@acierholdings.com>
**Subject:** 250k due to tbg on the 20th


Please let me know if u can pay this entirely or partial payment