IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CMT DEVELOPERS LLC, and DAVID KRAMER, <br><br> Plaintiffs, <br><br> -against- <br><br> ACIER HOLDINGS, LLC, KNIGHT CONSTRUCTION, LLC, DOV ZABROWSKY, MOSHE GLATZER, and JACOB GLATZER, <br><br> Defendants. | Case No.: 3:21-cv-12517 <br><br> **CONSENT ORDER** |

This matter having been brought before the Court by Morrison Cohen LLP, attorneys for Defendants Acier Holdings, LLC, Knight Construction, LLC, Dov Zabrowsky, Moshe Glatzer, and Jacob Glatzer (collectively, "Defendants"), for an Order allowing Christopher Milito, Esq. and Collin A. Rose, Esq., to appear and participate in this action on behalf of Defendants *pro hac vice*; and the Court having considered the Certification of Christopher Milito, dated December 1, 2022 an the Certification of Collin A. Rose dated November 28, 2022; and Plaintiffs CMT Developers LLC and David Kramer (collectively, "Plaintiffs"), having consented to the aforementioned *pro hac vice* participation and appearances,; and this matter being considered pursuant to Local Civil Rule 101.(c), and for good cause shown;

IT IS on this 5th day of December, 2022,

ORDERED that Christopher Milito, Esq., a member in good standing of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

1

ORDERED that Collin A. Rose, Esq., a member in good standing of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Morrison Cohen LLP, attorneys of record for Defendants, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

ORDERED that Christopher Milito, Esq. and Collin A. Rose, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this order, unless previously paid for the current calendar year; and it is further

ORDERED that Christopher Milito, Esq. and Collin A. Rose, Esq., shall each make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Christopher Milito, Esq. and Collin A. Rose, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

ORDERED that Christopher Milito, Esq. and Collin A. Rose, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

ORDERED Christopher Milito, Esq. and Collin A. Rose, Esq., may file a request, the form of which is available on the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

IT IS SO ORDERED.

_____
Hon. Lois H. Goodman
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

CMT DEVELOPERS LLC, and DAVID KRAMER,   Case No.: 3:21-cv-12517

Plaintiffs,

-against-

ACIER HOLDINGS, LLC, KNIGHT CONSTRUCTION, LLC, DOV ZABROWSKY, MOSHE GLATZER, and JACOB GLATZER,

Defendants.

---

[SIGNATURES ON CONSENT ORDER]

Consented and agreed to by:

**OVED & OVED**

/s/ Aaron J. Solomon

Aaron J. Solomon
401 Greenwich Street
New York, New York 10013
Tel.: (212) 226-2376
aaron@ovedlaw.com

*Attorneys for Plaintiffs CMT Developer LLC and David Kramer*

**MORRISON COHEN LLP**

_____

Y. David Scharf
909 Third Avenue
New York, New York 10022
Tel.: (212) 735-8600
dscharf@morrisoncohen.com

*Attorneys for Defendants Acier Holdings LLC, Knight Construction, LLC, Dov Zabrowsky, Moshe Glatzer and Jacob Glatzer*

Dated: December 5, 2022

Dated: December 5, 2022