# OVED & OVED LLP
## ATTORNEYS

December 12, 2021

**VIA ECF**

The Honorable Zahid N. Quraishi
United States District Judge
District of New Jersey
402 East State Street
Trenton, NJ 08608

      Re: *CMT Developer LLC, et al. v. ACIER Holdings LLC, et al.*
         D.N.J. Docket No: 3:21-cv-12517

Dear Judge Quraishi:

  This law firm represents Plaintiffs CMT Developer LLC ("CMT LLC") and David Kramer ("Kramer") (collectively, "Plaintiffs") in connection with the above-referenced matter. On or about February 28, 2022, Plaintiffs filed their reply in further support of their motion to vacate the *lis pendens* that Defendants improperly \filed upon the Property (the "Motion). The Certification that was uploaded in further support of that Motion (Dkt. No. 40) referenced an accompanying reply memorandum of law (¶ 4). However, in preparing for the recent court appearance before Magistrate Judge Lois H. Goodman, we noticed that said reply memorandum of law did not upload onto ECF. As such, and as there has been no decision yet on the Motion, we have uploaded it.

  Accordingly, Plaintiffs respectfully request that the Court consider the reply memorandum of law in connection with Plaintiffs' Motion to vacate the improper *lis pendens*. We thank the Court for its time and attention to this matter.

        Respectfully submitted,

        Aaron J. Solomon

THE OVED BUILDING
401 GREENWICH STREET
NEW YORK, NY 10013

T 212 226 2376
F 212 226 7555
OVEDLAW.COM