# MorrisonCohen LLP

Christopher Milito
Partner
(212) 735-8769
cmilito@morrisoncohen.com

December 12, 2022

**BY ECF**

Honorable Zahid N. Quraishi
United States District Judge
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

Re: CMT Developer LLC v. Acier Holdings, LLC
D.N.J. Docket No.: 3:21-cv-12517

Dear Judge Quraishi:

Our firm is counsel to Acier Holdings, LLC, Knight Construction LLC, Dov Zabrowsky, Moshe Glatzer and Jacob Glatzer, the defendants in the above-referenced action. We have received and reviewed the letter sent today by Plaintiffs' counsel, Mr. Solomon, concerning Plaintiffs' late-filed reply memorandum of law.

Defendants believe matters should be adjudicated on their merits and do not seek to capitalize on any inadvertence. Therefore, Defendants have no objection to the Court accepting the filing.

Thank you.

Respectfully yours,

Christopher Milito

Copy to: All counsel of record (via ECF)