UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CMT DEVELOPER LLC & DAVID KRAMER**, <br><br> Plaintiffs, <br><br> v. <br><br> **ACIER HOLDINGS LLC,** *et al*, <br><br> Defendants. | Civil Action No. 21-12517 (ZNQ) (LHG) <br><br> **ORDER** |

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon a Motion to Dismiss Defendants/Counterclaimants' First Counterclaim filed by Plaintiffs (the "Motion to Dismiss," ECF No. 19), and a Motion to Discharge Lis Pendens filed by Plaintiffs (the "Motion to Discharge", ECF No. 35). Defendants opposed both Motions. For the reasons set forth in the accompanying Opinion,

    **IT IS** on this **28th** day of **February 2023,**

    **ORDERED** that Plaintiffs' Motion to Discharge (ECF No. 35) is hereby **DENIED;** and it is further

    **ORDERED** that Plaintiffs' Motion to Dismiss (ECF No. 19) is hereby **DENIED**.

.

                                                             s/ Zahid N. Quraishi
                                                              **ZAHID N. QURAISHI**
                                                              **UNITED STATES DISTRICT JUDGE**