**MorrisonCohen** LLP

Christopher Milito
Partner
(212) 735-8769
cmilito@morrisoncohen.com

August 18, 2023

**BY E-FILING**

The Honorable J. Brendan Day
United States Magistrate Judge for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

  Re: *CMT Developer LLC et al. v. Acier Holdings LLC et al.*
     **Case No. 3:21-cv-12517-ZNQ-JBD**

Dear Judge Day:

  We write this joint letter on behalf of Plaintiffs and Defendants to propose an amended schedule for discovery, consistent with this Court's text order (Dkt. No. 72).

  Since the parties last met with the Court, the parties have met and conferred concerning an appropriate schedule for discovery. Accordingly, the parties propose the below discovery schedule:

- Paper discovery is to be completed by October 3, 2023;
- Depositions are to be completed by November 10, 2023.

  Please let us know if you have any questions.

              Sincerely,

              */s/ Christopher Milito*

              Christopher Milito